IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELYN ARCHAMBAULT,

    Plaintiff,                            No. CIV S-08-1616 LKK GGH PS

    vs.

ADESA GOLDEN GATE,                  ORDER

    Defendant.

_____/

        Presently pending on this court's law and motion calendar for August 21, 2008, is defendant's motion to dismiss.  Defendant removed this action from the San Joaquin County Superior Court on July 11, 2008.  Also pending is plaintiff's application for waiver of court fees and costs filed July 29, 2008.  Upon review of the file and the parties' papers, the court has determined that oral argument would not be of material assistance.  Accordingly, the court will not entertain oral argument, but will determine the pending matters on the record, including the briefing in support of and opposition thereto.  See E.D. Cal. L.R. 78-230(h).

        So ordered.

DATED: 08/08/08                                  /s/ Gregory G. Hollows
                                                    U. S. MAGISTRATE JUDGE

GGH5:Archambault1616.sub

1