1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JACQUELYN ARCHAMBAULT,

        Plaintiff,                  CIV-S-08-1616 LKK GGH PS

    vs.

ADESA GOLDEN GATE,[1]

        Defendant.              ORDER

_____/

        On September 4, 2008, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within ten days.  Defendant filed objections on September 18, 2008, and they were considered by the district judge.

        This court reviews de novo those portions of the proposed findings of fact to which objection has been made. 28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v.

---

[1] Defendants states that it is correctly known as ADESA California, LLC, d/b/a ADESA Golden Gate; its parent corporation is ADESA, Inc.

1

1  United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are
2  reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir.
3  1983).
4          The court has reviewed the applicable legal standards and, good cause appearing,
5  concludes that it is appropriate to adopt the Findings and Recommendations in full.  Accordingly,
6  IT IS ORDERED that:
7          1. The Findings and Recommendations filed September 2, 2008, are ADOPTED;
8          2. Defendant's motion to dismiss (docket #9), filed July 18, 2008, is GRANTED;
9          3. This case is REMANDED to state court for consideration of plaintiff's state
10 law claims; and
11         4. Plaintiff's application for waiver of fees and costs (docket #12), filed July 29,
12 2008, is DENIED as unripe.
13 DATED:  November 24, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT